UNITED STATES *v.* L. BAMBERGER & CO.

**No. 4453.**—Invoice dated Portimao, Portugal, January 18, 1937.
 Certified January 22, 1937.
 Entered at Newark, N. J., March 11, 1937.
 Entry No. N 70824.

(Decided November 18, 1938)

*Webster J. Oliver,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the plaintiff.
*Strauss & Hedges* for the defendants.

McCLELLAND, Presiding Judge: This appeal to reappraisement has been submitted for decision upon stipulation of counsel for the parties hereto.

In harmony with the stipulation I find that the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930, is the proper basis for determination of the value of the merchandise here involved, and that such value of each of the items in issue is the entered value. Judgment will issue accordingly.